73 A.3d 576

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jennifer Ann KERSTETTER, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 22, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of August 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Did the Commonwealth Court of Pennsylvania err when it held that a kindergarten student under the age of eight years is of compulsory school age pursuant to Pennsylvania's Compulsory School Attendance laws codified at 24 Pa.C.S. § 13–1327?